IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                        Case No. 1:20-cr-10014

ANTONIO BUSH                                                                              DEFENDANT

## ORDER

Before the Court is Defendant Antonio Bush's Motion to Attend Private Viewing of Deceased Mother. ECF No. 30. Defendant seeks an order directing the U.S. Marshals Service to transport him to a funeral home for a private viewing for his recently deceased Mother.

The Government has not objected to this request. Defendant states that he understands that he will be responsible for the coordination and expenses of the transport. The U.S. Marshals Service has assured the Court that adequate security can be provided and that the transport will not interfere with their duties. Under these circumstances, the Court finds good cause for the motion has been shown.

Accordingly, Defendant's motion (ECF No. 30) is **GRANTED**, and the U.S. Marshals Service is **DIRECTED** to transport Antonio Bush to view his deceased Mother. The date and time of the private viewing will be at the discretion of the U.S. Marshals Service.

**IT IS SO ORDERED**, this 8th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge