AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas ▾

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO BUSH AKA "Lil Loc" | )<br>)<br>)<br>)<br>) |

Case No: 1:20CR10014-001

USM No: 14044-509

Date of Original Judgment:  03/11/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Efrem Baines Neely, Sr.
_____
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
      ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     03/11/2022     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  1/29/2024          _____
                                        *Judge's signature*

Effective Date:    02/01/2024          Susan O. Hickey, Chief United States District Judge
             *(if different from order date)*              *Printed name and title*